JOE SAPOTNICK, *Appellant, v.* V. W. GOULD, W. K. TURNER AND HARRY A. HORN, AS MEMBERS OF AND COMPRISING THE ENTIRE BOARD OF PUBLIC INSTRUCTION FOR VOLUSIA COUNTY, FLORIDA; AND THE BOARD OF PUBLIC INSTRUC- TION FOR THE COUNTY OF VOLUSIA AND THE STATE OF FLORIDA, A BODY CORPORATE, *Appellees.*

Division B.

Decision Filed December 6, 1927.

*Murray Sams,* for Appellant;

*Scarlett, Jordan, Futch & Fielding,* for Appellees.

PER CURIAM.—This cause having heretofore been submit- ted to the Court·upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen an in- spected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court me, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.